FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL -6 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANDRO AMADO, an individual, | CASE NO. SACV 14-1672 AG (RNBx) |
| Plaintiff, | |
| v. | JUDGMENT |
| eCAPITAL SERVICES LLC, f/k/a Consumer Check Reporting, LLC, a New York limited liability company; JOSEPH C. BELLA, III, individually and as an officer, | |
| Defendants. | |

1
2  It is hereby ORDERED that judgment in this matter is entered in favor of Plaintiff LEANDRO
3  AMADO and against Defendants eCAPITAL SERVICES LLC and JOSEPH C. BELLA, III in
4  the amount of $9,070.00.
5
6  IT IS SO ORDERED.
7
8  DATED: July 6, 2015
9                                                    _____
                                                     Andrew J. Guilford
                                                     United States District Judge